UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-124 |
| OLIVER MILLER | SECTION "R" (1) |

### ORDER AND REASONS

Before the Court is third-party claimant Jason Jokipii's petition for return of property under 21 U.S.C. § 853(n)(3).[1] Jokipii asserts that he is the legal and rightful owner of the Ruger P93DC 9mm for which the Government issued an order of forfeiture in this case. The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) conducted a full trace and ownership investigation. ATF determined that Jokipii is the legal owner of the firearm and not prohibited from possessing it.[2] The Government has thus confirmed that Jokipii is entitled to the return of the firearm.

The Court GRANTS the third-party petition. The Court orders that, prior to releasing the firearm, ATF conduct an updated background check to confirm that the claimant remains legally permitted to possess the firearm between the date of this Order and the date of release. The firearm shall be

---

[1]    R. Doc. 83.
[2]    R. Doc. 87.

1

released only if ATF verifies that the petitioner remains lawfully entitled to receive and possess it. Subject to such confirmation, it is ordered that the firearm shall be returned to Jokipii, as the true and lawful owner.

New Orleans, Louisiana, this 21st day of November, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE